UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 7733**

JOSEPH CASABLANCA

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK TIMES CORPORATION

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED OCT 0 4 2010 PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
   *NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
   *NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
   *NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _JOSEPH CASA BLANCA_
Street Address _29 ELLINGTON WAY_
County, City _SPRING VALLEY_
State & Zip Code _NEW YORK 10977_
Telephone Number _(845) 300 - 2648_

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name _NEW YORK TIMES CORPORATE OFFICE_
Street Address _620 8TH AVENUE_
County, City _NEW YORK_
State & Zip Code _NEW YORK 10018_
Telephone Number _(212) - 556 - 1234_

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer _NEW YORK TIMES / NEW YORK TIMES PLAZA_
Street Address _1 PLAZA_
County, City _FLUSHING, NEW YORK_
State & Zip Code _11354_
Telephone Number _(212) - 556 - 1234_

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____ Failure to hire me.

_____ Termination of my employment.

_____ Failure to promote me.

✓ Failure to accommodate my disability.

✓ Unequal terms and conditions of my employment.

_INCLUDING HARRASSMENT VERBAL ABUSE AND FORCED UNPAID TIME OFF._

___✓___    Retaliation.
___✓___    Other acts (specify): _Verbal Abuse and Threats, harassment_

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _Please see attached series, events Feb 2010 - June 2010_ (Date(s)) _Approx._

C. I believe that defendant(s) (check one):

___✓___ is still committing these acts against me.    _Not sure what to expect. Union representatives not assisting_

_____ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check only those that apply and explain):

☐ race _____    ☐ color _____

☐ gender/sex _____    ☐ religion _____

☐ national origin _____

☐ age.   My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

☑ disability or perceived disability, _Chronic Pain (Rehabilitation)_ (specify) _systemically_

E. The facts of my case are as follow (attach additional sheets as necessary):

_Since the beginning of 2010, sometime in February, I have been harassed by the Computer Program and other supervisors and have been badgered/written up on false accusations. This is costing me money. As a result of these write-ups and false accusations I lost pay. This has created an additional hardship for us._

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.
_Please also see attached (series of events)_

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _May 13, 2010_ (Date).

Rev. 05/2010                      3

B.   The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

____✓_____ issued a Notice of Right to Sue letter, which I received on _July 2, 2010_ (Date).

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

### IV.   Relief:   $ 35,000

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _The sum of $35,000 or_
_whatever the court deems. Sum and relief_
_sought includes loss wages, pain and suffering,_
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*
_emotional, mental, physical, time spent vs. legal_
_filings, etc. I have worked for the New York Times_
I declare under penalty of perjury that the foregoing is true and correct. _since 1975 and_
_Joseph Casablanca_                                                                          _have been a_
Signed this _30_ day of _September_, 20_10_                                        _dedicated employee_

                                Signature of Plaintiff   _Joseph Casablanca_
                                Address                  _29 Ellington Way_
                                                         _New Hempstead, N.Y. 10977_
                                                         _Telephone # 845-300-2640_

                                Telephone Number   _____

                                Fax Number *(if you have one)* _____

Rev. 05/2010                                       4

### *Casablana, Joseph v. New York Times Corporation*
EEOC Charge No: 846-2010-51116

### *Addendum Facts in the Case:*

I have worked with the New York Times Corporation for over 30 years and have been a dedicated employee. I have enjoyed my work as a Pressman but I have also had to endure the wear and tear that working in that occupation has on one's body. Over the year's, I have developed injuries and have a disability for which I have a physician who specializes in pain management and rehabilitation. Working the printing press is very demanding, long hours on your feet, eye exposure to ink and other chemicals. I am currently taking medication(s) (savella, cyclospirine ophthhalmie).  At times in conversation, I may have a delayed response a condition that has also developed over the years.

Since the beginning of the year, it seems as if I have been systematically singled out by my General Foreman and other supervisors on false and unwarranted charges. There are craft letters (writes-ups) in my employee file that I do not have access to as the foreman refuses to give copies to me. Therefore, I am not fully aware of what is being stated in those craft letters. The union has done very little so far to investigate the matter.

I am not sure what is going on with management with regards to the union workers but as far as I know there were three other colleagues and co-workers that were also brought up on false charges, which leads me to believe that sometime "fishy" is going on.

The environment in the shop has me on edge much of the time with stress and fear as I do not know where the next write-up will come from. This situation with the craft letters and employees not having access to them provides an *"unfair advantage"* to supervisors and managers often resulting in unjustified time off the schedule without pay. This is another matter that needs to be addressed at some point.

<u>**Casablana, Joseph v. New York Times Corporation**</u>
<u>**EEOC Charge No: 846-2010-51116**</u>

## Series of Events

*3/2/2010-* Prescription explaining eye problems. Mild Astymatisam

*4/18/2010-* Bill Noroda makes a craft action letter (write up) claiming that I was reading a New York Post newspaper at the time of start up. This was a false accusation. I was more than 25 feet from Mr. Noroda, and there was no way that he could see if I was reading a newspaper or not. *I was suspended from work for two (2) days without pay.*

*4/22/2010-* I receive a craft letter from Brian McCabe. He claims that I walked away from the press for one minute while he was ready to pull his file copies. I walked away quickly to wash my hands and get *ink* out of my eyes. I told the pic pressman in charge Frank Donnatin that I needed to wash my hands and get the ink out of my eyes. Mr. McCabe screamed at me violently and threatened me. *I was suspended from work for seven (7) days without pay.*

*4/24/2010-4/25/2010-* Washington's Birthday February 15, 2010 was observed the week of February 22, 2010. Due to my eye problems I was to schedule to days off of work and I did so the wrong week. I scheduled the week after I actually wanted to do, this was an honest mistake because of the stigmatism that I have in my eye. *I was suspended from work for two (2) days on these dates without pay.*

*6/4/2010-* I drafted a letter to Ray Walsh General Foreman (*See Enclosed Letter*). At the time, I requested a copy of the craft letters (my write ups) which were refused.

*6/3/2010-* Letter written by me to Terry L Hayes, SR VP Labor Relations stating that Michael Lawler, nightshift chairman that Ray Walsh confirmed that I would be off the schedule for nine11) days June 6-June 18, 2010 without pay. Reason due to the 2 craft action letters issued by Bill Noroda and Brian McCabe issued by JG McCabe. I requested a copy of those letters and was denied. *I was suspended from work for nine(9) days without pay.*

*6/7/2010-* 12:35 PM John Heffernon phone call confirmed everything against me. Said that I was reading the New York Post. Also spoke on attendance re: President's Day when due to my vision problems I read the wrong week and by accident did not show up to work. (*Prescription Enclosed*)

3/2/2010

J. Casablanca
29 Ellington Way
New Hempstead, NY
10977

845 300264

Enclosed prescription explaining eye problems.

Thank you,
Joseph Casablanca

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

☐ WILLIAM J SCHWARTZ MD
LIC. 106636  AS1886615

☐ PHYLLIS WEINGARTEN MD
LIC. 173064  BW3137919

☐ CATHERINE C. FUREY, MD
LIC. 222018  BF8362602

4 MEDICAL PARK DRIVE
POMONA, NY 10970
(845) 354-6225

Patient Name: Joseph Casablanca   Date: 3/2/10

Address: ___  City: ___  State: ___  Zip: ___  Age: ___  Sex: M☐ F☒

Rx: Mild Astigmatism / Keratoconjunctivitis Sicca.
Ready specs recommended.

Pls see bs

Prescriber Signature X ___

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS: ☐ None  Refills: ___

0LWHDX 52

PHARMACIST TEST AREA:   Dispense As Written

PAGE# 1

Joseph Casablanca
29 Ellington Way
New Hempstead, NY 10977
TEL# 845 300 2640

THE New York Times
620 8th Ave
Nye, NY. 10018

Sunday 4/18/2010
41 press
Setting Color



myself- Bill Noroda makes a coapt action letter that I was reading a post newspaper at the time of start up. "This is a false acusation" I was more than 25 feet from Mr Noroda, there is no possible way he is able to see any type of Desereptive Document Lettering.

I was Suspendend 2 days from Work at John G McCabe (Assistant General Foreman Discrepency.) when will give at his - time off.

PAGE 2

THURSDAY 4/22/2010
44 PRESS

Setting Color Brian McCabe makes a Craft Action Letter — myself

That I WALKED AWAY for approximatly 1 minute. While he was ready to pull his file copies.

Yes I did walk to the sink to was my hands + ink out of my eyes. I did tell the pic pressman in charge FRANK DONNATIN. Brian McCABE did Scream + Violently threaten myself.

I was Suspended for 7 Days from Work By JOHN G McCABE

Assistant GENERAL foreman

At His — Discrepency when will give time off.

PAGE #3. SEE photo of "MARK up" SCHEDULE of Days Assigned off. Digital (camera) my NAME CASABLANCA, J - DARKENED which referrers to NO work Assignment without pay week start Suspended June 6, 2010 - June 18th which will follow on the MARK up schedule for the week starting 6/13/2010 put up on SATURDAYS.