PAGE #4 -

6/4/2010 I DRAFTED A LETTER TO RAY WALSH GENERAL FOREMAN + PLACED BEHIND his DOOR. SEE Enclosed Letter

TERRY L HAYES
SENIOR Vice president LABOR RELATIONS
THE NYT

CC: EEOC

I DID Note in this Letter to FOWARD A COPY of tHE CRAF Action Letters which I was Not Allowed to have to EEOC.

PAGE #5

2 Craft Action Letters a total of 9 Days off. A Conspiracy of 2 or more individuals that misconstrued the facts. Presently I do have a Disability of the Eyes + Legs. Under Doctors Care. These Letter were crafted Under a standard format of "Job performance".

THANK You,

Joseph Casablanca

Thursday June 3rd. 10pm
in House Mail

Joseph Casablanca
29 Ellington Way
New Hempstead, NY
10977

Terry L Hayes
Senior Vice President Labor Relations
The NYT
620 8th Ave
NYC, NY 10018

On Thursday 6/3/2010 I was
I was informed by Michael Lolo
(Nightside Chairman)
that Ray Walsh confirmed
9 days June 6th — June 18th
off the Sign up Sheet (without pay)
for 2 Craft Action Letters
by Bill Noroda + Brian McCabe issued by J G McCabe
that I requested Copies (Demand)
to go to mySelf, Tom Schantz
and EEOC Comm'/ Joseph Casablanca
NYT Complaint file

Joseph Casablanca

CC. Tom Schantz
    EEOC Comm, NY City, NY
    Ray Walsh
    Terry L Hayes
    Certified Copies to be mailed

P.A. (IA)

(Washington's Birthday FEBUARY 15, 2010) is OBSERVED week of 2/22

I SCHEDULED 2 DAYS off work the WRONG WEEK (1 week After ~~prior~~ to I Actually wanted.) FAILURE to CAll resulted in 2 DAYS off of work (without pay)
4/24/2010 + 4/25/2010


RECEIVED JUN 08 2010 EEOC-NYDO-CRTIU

Katherine Greenfield
2123363762

John = Waldinger
212 3363620 main #

✳

John Hefferson phone call.
Approx nxx 6/7/2010
— 12:35 pm —
he confirmed everything against
me.
Said i was reading post.
also mentioned Attendance.
i admitted because of
presidents day a mistake.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: CASABLANCA   First Name: Joseph   MI: M
Street or Mailing Address: 29 Ellington Way   Apt or Unit #: ___
City: New Hempstead   County: Rockland   State: N.Y.   Zip: 10977
Phone Numbers: Home: (845) 300-2640   Work: (___)
Cell: (___)   Email Address: JCasablan@aol.com
Date of Birth: 6-28-59   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☒ White
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: JEANNE N Jabarin   Relationship: Friend
Address: 2317 Cornell Circle   City: McDonough   State: GA   Zip Code: 30253-6910
Home Phone: (646) 624-6418   Other Phone: (___)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) ___

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets. Corporate office
Organization Name: New York Times (Actual Worksite Address: New York Times Plaza, 1 Plaza, Flushing, Queens 11354)
Address: 620 8th Avenue   County: ___
City: New York   State: NY   Zip: 10018   Phone: (212) 556-1234
Type of Business: ___   Job Location if different from Org. Address: ___
Human Resources Director or Owner Name: ___   Phone: (212) 556-1234
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☒ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: 12/27/1978   Job Title At Hire: Junior pressmen
Pay Rate When Hired: ___   Last or Current Pay Rate: 44.31
Job Title at Time of Alleged Discrimination: Pressmen   Date Quit/Discharged: ___
Name and Title of Immediate Supervisor: Ray Walsh
If Job Applicant, Date You Applied for Job ___   Job Title Applied For ___

1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race  ☐ Sex  ☐ Age  ☒ Disability  ☐ National Origin  ☐ Religion  ☐ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain): _____

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: 4/18/2010  Action: Screaming Yelling Verbal Abuse (Bill Noboda Foreman Assigned to elmyintg production start up copies" Says I was issued a Craft Action letter by JG McCabe 41 press.
Name and Title of Person(s) Responsible: Bill Noboda (Foreman) JG McCabe Assistant General Foreman

B. Date: 4/22/2010  Action: Screaming Yelling + Verbal Abuse (Brian McCabe assigned to 44 press and washed ink off my hands + eyes, I was issued a craft action letter by JG McCabe Staff Assistant
Name and Title of Person(s) Responsible: Brian McCabe (Foreman) JG McCabe assistant General Foreman

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed. General Foreman:
Safety + Risk Level of Accidental Injury there is no set standard" on job Level Diligent performance Due to the High Level injury that can occur

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?
Job performance, JG McCabe, Assistant General foreman

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Timothy O'Connor | | Pressman | Time off of work due performance levels |
| B. Eddie Banoff | | Junior Pressman | Time off of work due to performance levels |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Frank Donnatin | | Pressman in Charge | Craft action letter f using the bathroom |
| B. | | | |

Answer questions 9-12 **only** if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☒ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
   Affects eye sight and long hours on feet up steps.

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☒ Yes ☐ No
   If "Yes," what medication, medical equipment or other assistance do you use?
   Savella cyclosporine ophthalmic

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes ☒ No
   If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
   Who did you ask? (Provide full name and job title of person)
   _____
   Describe the changes or assistance that you asked for: _____
   How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Frank Donnitin | Pressman in Charge | PLEASE Contact me I will Get his Contact info to you. | The truth to Exactly what is Going on Discriminatori in this press Room. |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☑ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☑ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Local 2 printers pressmans Union, Tom Schantz (Shop Chairmen) who or sees over Union Members (No Corrective Measures) John Heffernan Local 2 president No phone call returns.

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Joseph Conklonea
Signature

5-13-2010
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

*BEST BUY 50th Street*
*+*
*C + 7th AVE*

**Deepak Vasishtha, M.D. F.A.A.P.M.R.**
Diplomate Physical Medicine & Rehabilitation
• Pain Management

257 S. Middletown Road          Tel: 845-623-8000
Nanuet, NY 10954   *All insurance*  Fax: 845-623-0770

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Joseph Casablanca<br>29 Ellington Way<br>Spring Valley, NY 10977 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2010-51116 | Katherine Greenfield, Investigator | (212) 336-3762 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)    _____    6/29/10
Spencer H. Lewis, Jr.,        (Date Mailed)
Director

cc: Director
Human Resources
**NEW YORK TIMES CORPORATION**
620 Eighth Ave
New York, NY 10018

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Joseph Casablanca<br>
29 Ellington Way<br>
Spring Valley, NY 10977<br>
(845) 300.2640

September 28, 2010

Katherine Greenfield<br>
Field Investigator<br>
US Equal Employment Opportunity Commission<br>
New York District Office<br>
33 Whitehall Street<br>
5th Floor<br>
New York, NY 10004<br>
(212) 336.3762

**_Re: Casablanca, Joseph v. New York Times Corporation_**<br>
**_EEOC Charge No: 846-2010-51116_**

Dear Ms. Greenfield,

    Please be advised that I went to the Pro Se Office of the United States District Court, Southern District of New York today at 500 Pearl Street and was told that I should request an extension to file a lawsuit from your office and to inform your office as such that I will be filing a lawsuit.

    I have been trying to find an attorney for many months to no avail, as the cost of retaining an attorney is quite expensive. I have recently met a paralegal that is helping me to find an attorney who would consider taking my case on a contingency basis.

    Let this be the official notice as such that I will be filing initial papers with the United States District Court this week. I appreciate your assistance in this matter. If you have any questions do not hesitate to contact me.

Sincerely,

*Joseph Casablanca*

Joseph Casablanca<br>
Enc.

Cc: Spencer H. Lewis, Jr. Director

# FAX

**To:** Katherine Greenfield, Field Investigator
US Equal Employment Opportunity Commission
Phone: (212) 336.3762
Fax: 212.336.3624

**From:** Joseph Casablanca, 29 Ellington Way, Spring Valley, NY 10977
Phone: (845) 300.2640

**Date:** September 30, 2010

---

*Re: Casablanca, Joseph v. New York Times Corporation*
*EEOC Charge No: 846-2010-51116*

Dear Ms. Greenfield,

Please see attached letter regarding filing of lawsuit in the above matter. Thank you

Joseph Casablanca
29 Ellington Way
Spring Valley, NY 10977
(845) 300.2640

September 28, 2010

Katherine Greenfield
Field Investigator
US Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336.3762

<u>Re: *Casablanca, Joseph v. New York Times Corporation*</u>
<u>**EEOC Charge No: 846-2010-51116**</u>

Dear Ms. Greenfield,

    Please be advised that I went to the Pro Se Office of the United States District Court, Southern District of New York today at 500 Pearl Street and was told that I should request an extension to file a lawsuit from your office and to inform your office as such that I will be filing a lawsuit.

    I have been trying to find an attorney for many months to no avail, as the cost of retaining an attorney is quite expensive. I have recently met a paralegal that is helping me to find an attorney who would consider taking my case on a contingency basis.

    Let this be the official notice as such that I will be filing initial papers with the United States District Court this week. I appreciate your assistance in this matter. If you have any questions do not hesitate to contact me.

Sincerely,

*[signature: Joseph Casablanca]*

Joseph Casablanca
Enc.

Cc: Spencer H. Lewis, Jr. Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 846-2010-51116 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Joseph Casablanca | (845) 300-2640 | 6/28/59 |

Street Address: 29 Ellington Way, Spring Valley, NY 10977

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| New York Times Corporation | 300 | 212-556-1234 |

Street Address: 620 8th Avenue, New York, N.Y. 10018

*EQUAL EMPLOYMENT OPPORTUNITY COMMISSION*
*NEW YORK DISTRICT OFFICE*
*ENFORCEMENT UNIT E-1*
*JUN 17 2010*
*DATE RECEIVED*

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest        Latest
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I do have a problem with muscoskeletal pain syndromes. THis HarAssment in my did inflict Great Stress triggering chronic pain, Affecting my sleep, thinking, my eyes and my well bing of Life is totally destroyed.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

6/15/2010
Date

Joseph Casablanca
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: NEW YORK TIMES COMPANY
EEOC Charge No.: 846-2010-51116
FEPA Charge No.:

June 24, 2010

Joseph Casablanca
29 Ellington Way
Spring Valley, NY 10977

Dear Mr. Casablanca:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ ]     Title VII of the Civil Rights Act of 1964 (Title VII)
[ ]     The Age Discrimination in Employment Act (ADEA)
[X]     The Americans with Disabilities Act (ADA)
[ ]     The Equal Pay Act (EPA)
[ ]     The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]     Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

John Waldinger
Supervisory Investigator
(212) 336-3776

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

EEOC FORM 131 (11/09) **U.S. Equal Employment Opportunity Commission**

| | |
|---|---|
| **Director Human Resources**<br>**NEW YORK TIMES CORPORATION**<br>**620 Eighth Ave**<br>**New York, NY 10018** | PERSON FILING CHARGE<br><br>**Joseph Casablanca**<br>THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>EEOC CHARGE NO.<br>**846-2010-51116** |

**NOTICE OF CHARGE OF DISCRIMINATION**
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to

If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

John Waldinger,
Supervisory Investigator
*EEOC Representative*

Telephone **(212) 336-3776**

**New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

Enclosure(s): [X] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[ ] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [X] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| June 24, 2010 | Spencer H. Lewis, Jr.,<br>Director | *[signed]* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3620
General FAX: (212) 336-3625

Katherine Greenfield
Investigator
Phone (212) 336-3762
Fax (212) 336-3624

May 21, 2010

Mr. Joseph Casablnca
29 Ellington Way
New Helpstead, NY 10977

                *Re    Casablanca, Joseph v. New York Times Corporation*
                *EEOC Charge No.: 846 – 2010 – 51116*

Dear Mr. Casablanca,

      This is in reference to the intake questionnaire you submitted to our office (either electronically or by mail) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[ ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[X]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

      The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. Note that you should only send the form if you currently wish to file a charge of discrimination regardless of whether or not we will be investigating your allegations. **Submission of this form constitutes a formal request to file a charge of discrimination**. If you wish to proceed, to enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make any corrections.
(2)    Sign, date, and get notarized, the charge in the bottom left hand block
(3)    Return the signed charge (it is not necessary to return the Privacy Form) to this office to my attention with an original signature (no faxes); please provide the original plus **three copies** in order to expedite the processing of the charge.

      Be sure to include any information that is missing and/or incomplete, including but not limited to your date of birth, Respondent's (the company you worked for) name, address, telephone number, and number of employees. **We cannot serve your charge unless this information is provided.** Since charges must be filed and processed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). To proceed, sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

[X]    Be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, you may call me at the number above. If you have to call long distance, you may call collect.

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.EEOC.gov


Sincerely,

Katherine Greenfield
Federal Investigator
U.S. Equal Employment Opportunity Commission
New York District Office